478 A.2d 85

Mahr, et al, Appellants, v. Exxon Corp.

Argued March 1, 1983.  George T. McKinley, for appellants;  Michael Quinn Davis, for appellee.

Before CERCONE, President Judge, and CAVANAUGH and WIEAND, JJ.

Affirm the order of the lower court.

478 A.2d 85

Migyanko, etc., Appellant, v. U.S. Auto Ins.

Petition for Allowance of Appeal
Denied Sept. 24, 1984.

Argued February 28, 1984.  Deborah D. Olszewski, for appellant;  Louis Long, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

All allegations of fact de hors the record are suppressed; and, the order is affirmed.